# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03-07-00629-CV

**In re Vanessa Cherry**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## D I S S E N T I N G   O P I N I O N

For reasons stated in the panel's opinion on original submission, I would deny the amended petition for writs of mandamus and prohibition and dismiss as moot the motion for temporary relief.

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   July 10, 2008